**IN RE E.H.**

[367 N.C. 318 (2014)]

IN THE MATTER OF: E.H., N.H.

No. 302PA13

(Filed 7 March 2014)

On discretionary review pursuant to N.C.G.S. § 7A-31 of a unanimous decision of the Court of Appeals, ___ N.C. App. ___, 742 S.E.2d 844 (2013), affirming an order entered on 7 December 2012 by Judge Ward D. Scott in District Court, Buncombe County. Heard in the Supreme Court on 17 February 2014.

*Hanna Frost Honeycutt for petitioner-appellee Buncombe County Department of Social Services.*

*Michael N. Tousey for appellant Guardian ad Litem, and Richard Croutharmel for respondent-appellee mother.*

*Tobias S. Hampson for respondent-appellee father.*

*Christopher L. Carr and Elizabeth Kennedy-Gurnee for North Carolina Association of Social Services Attorneys, amicus curiae.*

*Deana K. Fleming and Tawanda N. Foster for North Carolina Guardian ad Litem Program, amicus curiae.*

PER CURIAM.

DISCRETIONARY REVIEW IMPROVIDENTLY ALLOWED.